Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case Number:** 16-16073 PDR | **Trustee:** Chad S. Paiva |
| **Case Name:** Dream International Holdings LLC | **Filed (f) or Converted (c):** 09/15/16 (c) |
| | **§341(a) Meeting Date:** 10/27/16 |
| **Period Ending:** 06/30/22 | **Claims Bar Date:** 01/25/17 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Dream Recovery International, LLC<br>Cases jointly administered under Dream Recovery International, LLC #16-16068. Asset has no value. | Unknown | 0.00 | | 0.00 | FA |
| 2 | Dream Years IV, LLV<br>See below. | Unknown | 1.00 | | 0.00 | FA |
| 3 | CB Harrison, LLC<br>See below. | Unknown | 1.00 | | 0.00 | FA |
| 4 | Scott Frankel<br>See below. | Unknown | 1.00 | | 0.00 | FA |
| 5 | Dana Frankel<br>See below. | Unknown | 1.00 | | 0.00 | FA |
| 6 | NuMed Care, LLC<br>See below. Company was raided by federal government in August 2015, and was out of business and defunct at the time the bankruptcy case was filed. | Unknown | 0.00 | | 0.00 | FA |
| 7 | Boca Palms Group, LLC<br>See below. | Unknown | 1.00 | | 0.00 | FA |
| 8 | Dream Recovery International, LLC -<br>Debtor is parent company of Dream Recovery International, LLC which is lead debtor in jointly administered cases. This debtor has no claims against Dream Recovery International, LLC. | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$0.00** | **$5.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**
CBD: 1/25/17

(THIS CASE IS JOINTLY ADMINISTERED WITH LEAD CASE DREAM RECOVERY INTERNATIONAL #16-16068)

TAX RETURN STATUS:   CPA retained in lead case and will file any necessary tax returns.

1. Assets 2 through 8 were also listed as assets in the Dream Recovery International LLC case (#16-16068). These assets are not assets of this debtor which was only a holding company for the four owner's ownership interest in debtor in jointly administered debtor Dream Recovery International LLC (#16-16068). All recoveries on these assets have been administered in the Dream Recovery International LLC (#16-16068) case, and marked "FA" in this case.

2. This case has no assets and no receipts. The only reason this case is still open is because this debtor filed a consolidated tax return which included the income and expenses for Dream Recovery International LLC (#16-16068). As soon as the final estate tax return is filed, the Trustee will file a Report of No Distribution in this case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Initial Projected Date of Final Report (TFR):** June 30, 2017

**Current Projected Date of Final Report (TFR):** June 30, 2023

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case